MARY GRANDY, Respondent, v JAMES A. McKAY et al., Appellants. (Action No. 1.)

FRANCES I. SINDLINGER, Respondent, v JAMES A. McKAY et al., Appellants. (Action No. 2.)

Decided June 28, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the actions within the meaning of the Constitution.